

**APPLIED FABRIC TECHNOLOGIES, INC.**

United States Bankruptcy Court
824 Market Street, 5 th Floor
Courtroom 5
Wilmington, DE    19801

December 3, 2009

Gentlemen:

We are writing with regards to the <u>Notice Of Motion</u> and Chapter 11 filing of <u>Foamex International, Inc.</u>  (Case No. 09-10560 (KJC) .  We strongly object to the motion dismissing their Chapter 11 cases.

We are a small business located just south of Buffalo, New York.  For many years, we have provided Foamex's facility in Santa Teresa, NM with a special made-to-order belt we import from a European supplier .  Each time, we are required to wire payment in advance to our supplier.  In December 2008, we shipped a belt to Santa Teresa against their PO # FMX 23019998.  To this date, we have not received any payment; refer Invoice # 08-3697.  We also did a belt repair job for the Foamex plant in Fort Wayne, IN.  To this date, we have not received any payment; refer Invoice # 09-3753.

As I said, we are a small business very much in need of collecting these delinquent monies; we cannot afford to hire attorneys to handle this matter.  We ask for only that which is due us; hopefully the courts will assist us in resolving this matter.

Sincerely,

*J O'Brien*

John O'Brien
Manager, Belting Products

cc: Mark E. Felger Esq.
    Cozen O'Connor
    1201 N. Market St.
    Suite 1400
    Wilmington, DE 19801

227 Thorn Avenue, P.O. Box 575, Orchard Park, NY 14127-0575 – Tel: +1-716-662-0632 Fax: +1-716-662-0636
e-mail: obrien@afti.com                                                                              visit: www.afti.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., *et al.*,[1] | ) | Case No. 09-10560 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Hearing Date: January 20, 2010 at 2:00 p.m.** |
| | ) | **Objection Deadline: December 11, 2009 at 4:00 p.m.** |

## NOTICE OF MOTION

TO:   United States Trustee; counsel to the Committee; the Debtors' prepetition lenders; the Debtors' postpetition lenders; and all parties requesting notice under Bankruptcy Rule 2002

**PLEASE TAKE NOTICE** that the above-captioned Debtors have filed the *Debtors' Motion for an Order, Pursuant to Section 105(a) and 1112(b) of the Bankruptcy Code and Bankruptcy Rule 1017(a), Dismissing their Chapter 11 Cases* (the "Motion").

You are required to file a response to the Motion on or before 4:00 p.m. on **December 11, 2009**. At the same time, you must also serve a copy of the response upon Debtors' attorneys:

> Mark E. Felger, Esquire
> Cozen O'Connor
> 1201 N. Market Street, Suite 1400
> Wilmington, DE 19801-1147

**IF OBJECTIONS ARE FILED, A HEARING ON THE MOTION WILL BE HELD ON JANUARY 20, 2010 at 2:00 P.M. AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING**

Dated: November 18, 2009

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
*Counsel for Debtors and Debtors in Possession*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Foamex International Inc. (3908); Foamex L.P. (5617); Foamex Latin America, Inc. (4053); Foamex Asia, Inc. (9431); FMXI, LLC (9496); Foamex Carpet Cushion LLC (2280); Foamex Mexico, Inc. (8685); and Foamex Canada Inc. (5846).



# PAST DUE INVOICE

**08-3697**

**APPLIED FABRIC TECHNOLOGIES, INC.**
PO BOX 575
227 THORN AVE   BLDG C
ORCHARD PARK, NY  14127-0575
USA

Invoice Date:  Dec 29, 2008
Page:  1

Voice:  716-662-0632
Fax:    716-662-0636

**Bill To:**
FOAMEX INTERNATIONAL, INC.
Rose Tree Corporate Center II
1400 N. Providence Road
MEDIA, PA  19063-2043
USA

**Ship to:**
FOAMEX SANTA TERESA
ATTN: ED REYNOLDS
2500 AIRPORT ROAD
SANTA TERESA, NM  88008
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| FOAMEX INT'L | FMX 23019998 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| O'BRIEN | ROADWAY COLLECT | 12/29/08 | 1/28/09 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | STYLE 527 HUGGER BELT<br>WOVEN TRULY ENDLESS<br>"LIBERTY HUGGER BELT"<br>SIZE: 80" WIDE X 25' 6" CIRC. | 6,550.00 | 6,550.00 |

|  |  |
|---|---|
| Subtotal | $ 6,550.00 |
| Sales Tax |  |
| Total Invoice Amount | $ 6,550.00 |
| Payment/Credit Applied |  |
| **TOTAL** | **$ 6,550.00** |

**Our records indicate your invoice is past due.  Please remit payment or call us immediately.  Thank you**

Email: BestBoom@afti.com        www.afti.com        Email: BestBelts@afti.com

Overdue invoices are subject to 18% annual finance charge.



**APPLIED FABRIC TECHNOLOGIES, INC.**
PO BOX 575
227 THORN AVE   BLDG C
ORCHARD PARK, NY  14127-0575
USA

# PAST DUE INVOICE
## 09-3753

| | |
|---|---|
| Invoice Date: | Jan 12, 2009 |
| Page: | 1 |
| Voice: | 716-662-0632 |
| Fax: | 716-662-0636 |

**Bill To:**
FOAMEX - IN #125
ROSE TREE CORPORATE CTR II
1400 N. PROVIDENCE RD, S 2000
MEDIA, PA  19063

**Ship to:**
FOAMEX - IN
3005 COMMERCIAL ROAD
FORT WAYNE, IN  46809

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| FOAMEX - IN | FMX 12522601 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| O'BRIEN | UPS PPD&ADD | 1/12/09 | 2/11/09 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | FLOTEMP - NOMEX | 761.14 | 761.14 |
| | REPAIR CUSTOMER'S BELT | | |
| | CUT-OUT BURNT SECTION FULL WIDTH AND REPLACE | | |
| | WITH NEW MATERIAL HAVING A SPIRAL SEAM AT EACH | | |
| | END OF REPAIR "DUTCHMAN". | | |
| | SHIPPING - UPS | | 91.70 |
| | | | |
| | FINISHED BELT | | |
| | 76" WIDE X 38 FEET LONG | | |
| | 38 SQ FT. NEW MAT'L | | |
| | | | |
| | SHIP FED EX GROUND COLLECT. | | |
| | # 1371-8603-9 | | |

**Our records indicate your invoice is past due. Please remit payment or call us immediately. Thank you**

| | | |
|---|---|---|
| Subtotal | $ | 852.84 |
| Sales Tax | | |
| Total Invoice Amount | $ | 852.84 |
| Payment/Credit Applied | | |
| **TOTAL** | **$** | **852.84** |

Email: BestBoom@afti.com          www.afti.com          Email: BestBelts@afti.com

Overdue invoices are subject to 18% annual finance charge.