IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., et al.., | ) | Case No. 09-10560 (KJC) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) ) ) | |

## OBJECTION TO MOTION TO DISMISS

**COMES NOW,** Hayes Trucking, by and through its owner, and does object to the Motion to dismiss on grounds as follows:

1. Hayes Trucking, based on information provided by Debtor that they were a preferred provider and belief and were advised by Debtor's personnel that they were a critical vendor/ trucker, and that their bills would be paid and they had no need to file an administrative claim.

2. A portion of those billings were paid however the bills due and owing were in the sum of $30,000 of excess of that paid pursuant to Schedule E of the trucking contract.

3. Hayes Trucking ceased to be a vendor for this Debtor in early 2009, and would ask this Court for an Order to require payment of this claim based on representation made by Debtor's employees, including Debtor's management employees that the bill would be paid and that an administrative claim was unnecessary as they were a critical supplier.

4. This case should not be dismissed without payment to Hayes and others similarly advised.

Dated: December 8, 2009.

_Clay Hayes_
Clay Hayes d/b/a
Hayes Trucking

1

I HEREBY CERTIFY that a true and correct
copy of the foregoing was mailed via U.S. mail,
first class, postage prepaid, to:


Mark E. Felger (No. 3919)
COZEN O' CONNOR
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone:   (302) 295-2087
Fax:              (302) 295-2013

    - and -

AKIN GUMP STRUASS HAUER AND FELD, LLP
Ira S. Dizengoff, Esquire
Brian D. Geldert, Esquire
One Bryant Park
New York, NY 10036
Telephone:   (212) 872-1000
Fax:              (212) 872-1002

*Counsel for Debtors and
Debtors in Possession*


F:\WPDOCS\HAYES TRUCKING\Objection to Motion to Dismiss.wpd

2