**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

*In re*:

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| FOAMEX INTERNATIONAL, INC, | : |  |
| *et al.*, | : | Case No. 09-10560-KJC |
|  | : |  |
| Debtors | : |  |
|  | : | Hearing Date:      January 20, 2010 at 2:00 p.m. |
|  |  | Objection Deadline: December 12, 2010 at 4:00 p.m. |

**UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR AN ORDER, PURSUANT TO SECTION 105(a) AND 1112(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 1017(a), DISMISSING THEIR CHAPTER 11 CASES (D.E. 712)**

The Acting United States Trustee, by and through his counsel, hereby objects to Debtor's Motion for an Order, Pursuant to Section 105(a) and 1112(b) of the Bankruptcy Code and Bankruptcy Rule 1017(a), Dismissing Their Chapter 11 Cases (D.E. 712, "Motion"), and further requests a hearing, said objection and request being based on the following:

1. The United States Trustee for the District of Delaware has the responsibility under 28 U.S.C. Section 586 to supervise the administration of cases and trustees in cases under Chapter 7 and Chapter 11 of Title 11, United States Code.

2. On November 18, 2009, the Debtors filed the Motion, seeking to dismiss these cases for the grounds set forth in the Motion.

3. The United States Trustee's records indicate that the debtor currently owes quarterly fees payable to the United States Trustee pursuant to 28 U.S.C. §1930(a)(6) of $72,900 through the third quarter of 2009 and additional undetermined fees of not less than $2,600 for the

fourth quarter of 2009 and the additional sum of not less than $2,600 for the first quarter of 2010. A copy of the Account Reconciliation showing the unpaid quarterly fees due through the third quarter of 2009 is attached as Exhibit "A" hereto and incorporated by reference.

    4.    The unpaid fees for the third quarter of 2009 are based on actual disbursements as reported in the Debtors' monthly operating reports ("MORs") on file herein.  The fees stated in this Objection as owing for the fourth quarter of 2009 and first quarter of 2010 are the minimum amounts required by the statute.  The Debtors have not filed their MORs for the months of October, 2009.  The MORs for the months of November and December 2009 are not due as of the preparation of this Objection.  It is anticipated that the actual fees owed for the fourth quarter of 2009 and first quarter of 2010 will exceed the minimum due under the statute.

    5.    The debtor is required to pay all outstanding quarterly fees as mandated by 28 U.S.C. §1930(a)(6) "...for each quarrter (including any fraction thereof) until the case is converted or dismissed, whichever occurs first."

WHEREFORE, the United States Trustee requests this Court to delay entry of dismissal until all MORs are filed, and fees required to be paid pursuant to 28 U.S.C. §1930(a)(6) have been paid in full, and for such other relief as this Court may deem to be proper.

                      ROBERTA A. DeANGELIS
                      ACTING UNITED STATES TRUSTEE REGION THREE

December 11, 2009        BY: _____/s/_____
                               David L. Buchbinder, Esq.
                               Trial Attorney
                               J. Caleb Boggs Federal Building
                               844 King Street, Suite 2207, Lockbox 35
                               Wilmington, DE  19801
                               (302) 573-6491