Dear Mr. Felder, & US Bankruptcy Court of Delaware

I am in receipt and review of you correspondence from November 18, 2009, with regards to the Notice of Motion. I am r respectfully requesting that the Bankruptcy Court does not dismiss this action, but rather convert the Chapter 11 Motion to a Chapter 7, so that Chapter 7 trustee can be appointed and determine if there are any other assets available for my business. Robert Jowder Custom Landscaping.

Thank you,

Robert Jowder
610 543 7471
610 724 1104

Case # 09-10560 (KJC)

Foamex International Inc et al
    Debtors

FILED 2009 DEC 11 AM 11:32 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., et al.,[1] | ) | Case No. 09-10560 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Hearing Date: January 20, 2010 at 2:00 p.m. |
| | ) | Objection Deadline: December 11, 2009 at 4:00 p.m. |

## NOTICE OF MOTION

TO: United States Trustee; counsel to the Committee; the Debtors' prepetition lenders; the Debtors' postpetition lenders; and all parties requesting notice under Bankruptcy Rule 2002

**PLEASE TAKE NOTICE** that the above-captioned Debtors have filed the *Debtors' Motion for an Order, Pursuant to Section 105(a) and 1112(b) of the Bankruptcy Code and Bankruptcy Rule 1017(a), Dismissing their Chapter 11 Cases* (the "Motion").

You are required to file a response to the Motion on or before 4:00 p.m. on **December 11, 2009**. At the same time, you must also serve a copy of the response upon Debtors' attorneys:

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801-1147

**IF OBJECTIONS ARE FILED, A HEARING ON THE MOTION WILL BE HELD ON JANUARY 20, 2010 at 2:00 P.M. AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING**

Dated: November 18, 2009

COZEN O'CONNOR

Mark E. Felger (No. 3919)
Counsel for Debtors and Debtors in Possession

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Foamex International Inc. (3908); Foamex L.P. (5617); Foamex Latin America, Inc. (4053); Foamex Asia, Inc. (9431); FMXI, LLC (9496); Foamex Carpet Cushion LLC (2280); Foamex Mexico, Inc. (8685); and Foamex Canada Inc. (3846).

DOCKET NO. 712
11/18/09