

## SMS FABRICATIONS

Contractors License # 821596
11698 Warm Springs Road
Riverside, Ca 92505
Phone: (951) 351-6828  Fax: (951) 351-8131

December 10, 2009

United States Bankruptcy Court
For the District of Delaware
824 North Market St.
Wilmington, DE 19801

RE: Response to Motion
    Foamex International Inc., et al.,
    Case No. 09-10560 (KJC)

To Whom It May Concern:

In regard to Case No. 09-10560 (KJC) SMS Fabrications objects to the dismissal of this Chapter 11 case due to an unpaid balance of $5,727.35 that was incurred on October 21, 2009. This debt was incurred due to a request made by the Debtor via their PO number FX1 415828. The work requested has been completed and billed in full. As of December 1, 2009 a Mechanic's Lien has been placed on Pegasus Properties, C/O Foamex Innovations located at 2060 N. Batavia St. in Orange, CA 92865. This lien will remain in effect until the balance owed is paid in full.

Please accept this as our response to the motion of dismissal for case no. 09-10560 (KJC). If you have any questions regarding this response please feel free to contact Cathy Barrientos at 951-351-6828 between the hours of 7:30 a.m. and 4:00 p.m.

Best Regards,

*Scott Sligar*

Scott Sligar
VP of Production
SMS Fabrications, Inc.

CC: Mark E. Felger, Esquire
    Cozen O'Connor
    1201 N. Market Street, Suite 1400
    Wilmington, DE 19801-1147

31539

WHEN RECORDED MAIL TO

S M S FABRICATIONS, INC.

11698 WARM SPRINGS ROAD

RIVERSIDE    CA    92505

(SPACE ABOVE THIS LINE FOR RECORDERS USE)

STATE OF: CALIFORNIA
COUNTY OF: ORANGE

# MECHANIC'S LIEN
(CLAIM OF LIEN)
(IN ACCORDANCE WITH CALIFORNIA § 3084)

The undersigned, **S M S FABRICATIONS, INC.** referred to in this claim of lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the County of **ORANGE** **STATE OF CALIFORNIA,** and described as follows:

**FOAMEX
PARCEL NO. 374-751-30
2060 N. BATAVIA ST
ORANGE          CA**

After deducting all just credits and offsets, the sum of **$5,727.35**, together with interest thereon at the rate of **10%** percent per annum of which is due Claimant as of **NOVEMBER 21, 2009** for the following labor, services, equipment and/or materials furnished by Claimant: **MATERIALS AND LABOR FOR INSTALLATION OF ALL VENT. SYST. TO SPRAY BOOTH; S & I DAYTON TUBEAVIL FAN; DESIGN, F & I CUST. PLUNT. W/ MIDA FILT. INLET & REPLAC. FILT.; F & I CUST. 30"X16"X16" PANT LEG**

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is:    **FOAMEX
2060 N. BATAVIA ST
ORANGE                    CA    92865**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:
**PEGASUS PROPERTIES
C/O FOAMEX INNOVATIONS
2060 N. BATAVIA ST
ORANGE                    CA    92865**

CLAIMANT: **S M S FABRICATIONS, INC.**

SIGNATURE: *Scott Sligar*

**SCOTT SLIGAR**    **V.P. OF OPERATIONS**
(SIGNATURE AND TITLE OF CLAIMANT OR AUTHORIZED AGENT)    (PRINT NAME OF PERSON SIGNING)

## VERIFICATION

I, the undersigned, declare: I am the **V.P. OF OPERATIONS** of **S M S FABRICATIONS, INC.** the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make the verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true of my own knowledge.

I, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this the **1** day of **DECEMBER**, **2009** at **RIVERSIDE**, **CALIFORNIA**

SIGNATURE: *Scott Sligar*

**SCOTT SLIGAR**
(SIGNATURE OF THE INDIVIDUAL WHO VERIFIES THAT THE CONTENTS OF THE CLAIM OF MECHANIC'S LIEN ARE TRUE)