**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FOAMEX INTERNATIONAL INC., *et al.*, | Case No. 09-10560 (KJC) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENT TO FINAL FEE APPLICATION OF LOWENSTEIN SANDLER PC, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE FINAL PERIOD FROM FEBRUARY 27, 2009 THROUGH NOVEMBER 30, 2009**

| | |
|---|---|
| Name of Applicant: | **LOWENSTEIN SANDLER PC** |
| Authorized to Provide Professional Services to: | **The Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 6, 2009 *nunc pro tunc* to February 27, 2009** |
| Period for which Supplemental Compensation and Reimbursement is sought: | **October 1, 2009 through November 30, 2009**[1] |
| Amount of Supplemental Compensation sought as actual, reasonable and necessary: | **$1,629.00**[2] |
| Amount of Supplemental Expense Reimbursement sought as actual, reasonable and necessary: | **$10.16** |
| Final Period for which compensation and reimbursement is sought: | **February 27, 2009 through November 30, 2009** |
| Amount of Final Compensation sought as actual, reasonable and necessary: | **$475,096.00** |
| Amount of Final Expense Reimbursement sought as actual, reasonable and necessary: | **$10,517.06** |
| This is a: | **Supplement to Final Fee Application** |

---

[1] October 1 though 31, 2009: fees of $2,609 and expenses of $10.16. November 1 though November 30, 2009: fees of $2,020.

[2] In its final fee application Lowenstein estimated that $3,000 will be incurred by Lowenstein from October 1, 2009 through the hearing date on final fee applications in these cases (January 20, 2010). Actual time entered in this case, however, indicates that Lowenstein earned $4,629 (Exhibit "A") in fees and incurred $10.16 (Exhibit "B") in expenses during the period of October 1, 2009 through November 30, 2009. As such, by this supplement, Lowenstein seeks the allowance of the difference between the estimated fees and actual fees earned and expenses incurred between October 1 and November 30, 2009: $1,629.00 in fees and $10.16 in expenses.

## ATTACHMENT TO FINAL FEE APPLICATION

**PRIOR APPLICATION HISTORY:**

| Date Filed | Period Covered | Requested Fees 100% | Expenses | Monthly Statements Fees 80% | Expenses | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|
| 4/10/2009 | 2/27/2009 - 3/31/2009 | $221,210.00 | $808.96 | $176,968.00 | $808.96 | 04/28/09 |
| 5/11/2009 | 4/1/2009 - 4/30/2009 | $95,800.50 | $4,534.26 | $76,640.40 | $4,534.26 | 05/28/09 |
| First Interim 6/15/2009 | 2/27/09- 4/30/09 | $317,010.50[3] | $5,343.22 | | | 09/23/09 |
| 6/11/2009 | 5/1/2009- 5/31/2009 | $117,043.00 | $2,727.61 | $93,634.40 | $2,727.61 | 07/01/09 |
| 7/10/2009 | 06/1/2009 - 06/31/2009 | $25,010.50 | $1,603.42 | $20,008.40 | $1,603.42 | 07/29/09 |
| 8/13/2009 | 07/01/2009- 07/31/2009 | $7,067.50 | $445.85 | $5,654.00 | $445.85 | 09/03/09 |
| 9/11/2009 | 08/01/2009- 08/31/2009 | $3,591.00 | $383.30 | $2,872.80 | $718.20 | 09/30/09 |
| Second Interim 9/15/2009 | 5/01/2009- 07/31/2009 | $149,121.00 | $4,776.88 | | | |
| 10/29/2009 and Final | 02/27/09- 09/30/2009 | $473,467.00 | $10,506.90 | | | 12/09/2009 |
| | | | | | | |

**I. SUMMARY OF TIME CHARGES AND HOURLY RATES**
   **(SUPPLEMENT TO FINAL FEE APPLICATION)**

| Name of Professional | Year Admitted | Title | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Levine, Sharon L. | 1983 | Shareholder/Member | 2.40 | $600.00 | $1,440.00 |
| Jung, Wojciech F. | 2003 | Associate | 4.20 | 390.00 | 1,638.00 |
| Quigley, Sean E. | 2005 | Associate | 0.20 | 330.00 | 66.00 |
| Lavin, Diane C. | N/A | Paralegal | 7.50 | 160.00 | 1,200.00 |
| Pami, Laurie | N/A | Fee Application Specialist | 3.00 | 95.00 | 285.00 |
| **TOTAL FEES** | | | 17.30 | | **$4,629.00** |
| **Blended Rate** | | | | | **$267.57** |

---

[3] Lowenstein Sandler agreed to reduce its fees earned during this period by $2,818.00 and the Court approved its request for fees earned during this period in the amount of $314,192.50

**II. COMPENSATION BY PROJECT CATEGORY**
    **(SUPPLEMENT TO FINAL FEE APPLICATION)**

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B130 | Asset Disposition | 0.20 | $120.00 |
| B150 | Meetings of and Communication with Creditors | 0.40 | 171.00 |
| B160 | Fee/Employment Applications | 11.50 | 1,875.00 |
| B175 | Fee Applications and Invoices - Others | 1.70 | 846.00 |
| B190 | Other Contested Matters | 1.10 | 471.00 |
| B210 | Business Operations | 0.40 | 240.00 |
| B230 | Financing/Cash Collateral | 0.20 | 120.00 |
| B310 | Claims Administration | 1.80 | 786.00 |
| | **Total** | **17.30** | **$ 4,629.00** |

## EXPENSE SUMMARY (SUPPLEMENT TO FINAL FEE APPLICATION)

**Actual and necessary disbursements incurred by Lowenstein Sandler PC**

**III. SUMMARY OF DISBURSEMENT CHARGES**
    **(SUPPLEMENT TO FINAL FEE APPLICATION)**

| | |
|---|---|
| Computerized legal research | $10.16 |
| **Total Disbursements** | **$10.16** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler PC may submit in the future. Lowenstein Sandler PC reserves the right to amend this monthly statement at a later date.

Dated: January 6, 2010

**LOWENSTEIN SANDLER PC**
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

-and-

**PEPPER HAMILTON LLP**
By: /s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 777-6500
Fax: (302) 421-8390

*Co-Counsel to the Official Committee of Unsecured Credit*