IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., *et al.*,[1] | ) | Case No. 09-10560 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATION OF COUNSEL

I, Mark E. Felger, counsel for the above-captioned debtors and debtors in possession (the "Debtors"), hereby certify as follows:

1. On May 27, 2009, the Court entered an *Order (a) Authorizing and Approving the Sale of Purchased Assets Free and Clear of all Liens, Claims, Encumbrances, and Other Interests, (b) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (c) Granting Related Relief* (the "Sale Order") [D.I. 483].

2. Pursuant to paragraph 31 of the Sale Order, "[n]o distributions shall be made from the Seller Professional Fee Escrow and the Wind-Down Escrow absent further order of the Court."[2] This provision was added to the Sale Order at the request of the Office of the United States Trustee (the "UST").

3. The Debtors wish to pay certain legitimate administrative expenses in an aggregate amount of $107,178.24 (the "Wind-Down Expenses"), from the Wind-Down Escrow. The specific Wind-Down Expenses that are the subject of this request are identified on the schedule attached as Exhibit "A" hereto. The UST has reviewed these Wind-Down Expenses, and has no objection to the entry of the proposed Order and the submission of the Order under a Certification of Counsel.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Foamex International Inc. (3908); Foamex L.P. (5617); Foamex Latin America, Inc. (4053); Foamex Asia, Inc. (9431); FMXI, LLC (9496); Foamex Carpet Cushion LLC (2280); Foamex Mexico, Inc. (8685); and Foamex Canada Inc. (5846).

[2] Capitalized terms shall have the meanings set forth in the Sale Order unless otherwise defined herein.

4. The Debtors therefore respectfully request that the Court enter the attached form of Order at its earliest convenience.

Dated: January 11, 2010

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2087
Facsimile: (302) 295-2013

*Counsel for Debtors and
Debtors in Possession*

2