# EXHIBIT "A"

Exhibit A

| **Payee** | **Amount** | **Description** |
|---|---|---|
| Epiq Systems | $11,793.05 | Claims Agent for Debtors - Invoice 38401 (November 2009) |
| Canadian General Tower/ Textileather Corporation | $95,385.19 | Payment of Administrative Claim (Claim No. 352) |