IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., *et al.*, | ) | Case No. 09-10560 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **RE: D.I. 747** |

## ORDER APPROVING DEBTORS' PAYMENT OF CERTAIN WIND-DOWN EXPENSES

This matter having come before the Court on the Certification of Counsel (the "Certification") submitted by Mark E. Felger, Esq., counsel to Foamex International Inc., Foamex L.P., Foamex Latin America, Inc., Foamex Asia, Inc., FMXI, LLC, Foamex Carpet Cushion LLC, Foamex Canada, Inc., and Foamex Mexico, Inc., the above-captioned debtors and debtors in possession (collectively, the "Debtors"), requesting the entry of an Order, in accordance with paragraph 31 of the Sale Order,[1] to pay the Wind-Down Expenses totaling $107,178.24; and it appearing that the Office of the United States Trustee consents to the entry of such an Order; it is hereby

**ORDERED** that the Debtors are authorized to pay the Wind-Down Expenses; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: January 11, 2010

Hon. Kevin J. Carey
Chief United States Bankruptcy Judge

---

[1] Capitalized terms shall have the meanings set forth in the Certification unless otherwise defined herein.