IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FOAMEX INTERNATIONAL INC., *et al.*,[1] ) | Case No. 09-10560 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | **RE: D.I. 712** |

## ORDER, PURSUANT TO SECTIONS 105(a) AND 1112(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 1017(a), DISMISSING DEBTORS' CHAPTER 11 CASES

Upon consideration of the Motion (the "Motion")[2] of the debtors and debtors in possession in the above-captioned cases (the "Debtors") for entry of an order, pursuant to sections 105(a) and 1112(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rule 1017(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the dismissal of their chapter 11 cases; and the Court being satisfied that the dismissal of these chapter 11 cases is in the best interests of the Debtors, their estates and creditors; and due and proper notice of the Motion having been given; and it appearing that no other or further notice need be given; and due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to sections 105(a) and 1112(b) of the Bankruptcy Code and Bankruptcy Rule 1017(a), the chapter 11 cases of Foamex International Inc. (Case No. 09-10560) , Foamex L.P. (Case No. 09-10562), Foamex Latin America, Inc. (Case No. 09-10563), Foamex Asia, Inc. (Case No. 09-10567), FMXI, LLC (Case No. 09-10561), Foamex Carpet

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Foamex International Inc. (3908); Foamex L.P. (5617); Foamex Latin America, Inc. (4053); Foamex Asia, Inc. (9431); FMXI, LLC (9496); Foamex Carpet Cushion LLC (2280); Foamex Mexico, Inc. (8685); and Foamex Canada Inc. (5846).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Cushion LLC (Case No. 09-10566), Foamex Mexico, Inc. (Case No. 09-10565), and Foamex Canada Inc. (Case No. 09-10568) are hereby dismissed, effective as of the date and time of the entry of this Order (the "Dismissal Date"); and it is further

ORDERED that the Debtors shall remit payment to holders of allowed administrative claims, including allowed claims of professional persons and the fee auditor, from the Remaining Assets as soon as practicable after entry of this Order. Following payment of all such claims, the Debtors shall remit the Remaining Assets, less the Escrow Reserve, to BNYM, as first lien agent; and it is further

ORDERED that approval from this Court is not necessary for fees and expenses incurred by professionals and the fee auditor for the period from January 1, 2010 through January 20, 2010, and such fees and expenses shall be paid by the Debtors upon the submission of invoices by such claimants; and it is further

ORDERED that funds in the Escrow Reserve shall be used by the Debtors for the limited purpose of paying wind-down expenses arising subsequent to the Dismissal Date, including but not limited to the fees to prepare final tax returns and dissolution costs, and for no other purposes. Any funds in the Escrow Reserve that are not used by the Debtors in payment of wind-down expenses on or before September 30, 2010 shall be remitted to BNYM, as first lien agent; and it is further

ORDERED that the Debtors, through their current officers, are authorized to take all necessary steps, perform such actions, execute such documents, and expend such funds as may be necessary to carry out or otherwise effectuate the terms and conditions of this Order, including but not limited to filing certificates of dissolution and taking all other necessary actions to effectuate their dissolution, without shareholder approval; and it is further

ORDERED that notwithstanding section 349 of the Bankruptcy Code, all final orders entered in the Debtors' chapter 11 cases prior to the Dismissal Date shall survive and remain effective after such date, and the Court shall retain jurisdiction to enforce and support any and all such orders.

Dated: This 10th day of January, 2010

_____
Hon. Kevin J. Carey
Chief United States Bankruptcy Judge