UNITED STATES BANKRUPTCY COURT
DISTRICT OF _____

In re Foamex International Inc., et al.            Case No.  09-10560(KJC)
                                                   Reporting Period:  01/03/10-01/20/10

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/ Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor                                  Date


Signature of Joint Debtor                            Date


_Harold J. Earley_                                   January 22, 2010
Signature of Authorized Individual*                  Date


Harold J. Earley                                     Executive Vice President and Chief Financial Officer
Printed Name of Authorized Individual                Title of Authorized Individual


* Authorized individual must be an officer, director or shareholder if debtor is a corporation, a partner if debtor is a
partnership, a manager or member if debtor is a limited liability company.

Foamex International Inc., et al as Debtors
Case No. 09-10560(KJC)
Schedule of Cash Receipts and Disbursements
for the period November 30, 2009 - January 3, 2010

($ in thousands)

| | Foamex International Inc. | FMXI, LLC | Foamex L.P. | Foamex Carpet | Foamex Asia, Inc. | Foamex Latin America, Inc. | Foamex Mexico, Inc. | Foamex Canada Inc. |
|---|---|---|---|---|---|---|---|---|
| Receipts | | | | | | | | |
| Balance at January 3, 2010 | $ 3,640 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts Receivable | | - | - | - | - | - | - | - |
| Non-Accounts Receivable | - | - | - | - | - | - | - | - |
| Wind-Down Escrow Account | - | - | - | - | - | - | - | - |
| Sellers Professional Escrow Account | - | - | - | - | - | - | - | - |
| HL Escrow Account | - | - | - | - | - | - | - | - |
| Unencumbered Asset Escrow Account | - | - | - | - | - | - | - | - |
| Loan Borrowings / Advances | - | - | - | - | - | - | - | - |
| Total Receipts | 3,640 | - | - | - | - | - | - | - |
| Disbursements | | | | | | | | |
| Transfer of Cash at June 26, 2009 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Repayment of Loans | - | - | - | - | - | - | - | - |
| Disbursements | - | | | | | | | |
| Wind-Down Escrow Account | 133 | - | - | - | - | - | - | - |
| Sellers Professional Escrow Account | - | - | - | - | - | - | - | - |
| HL Escrow Account | - | - | - | - | - | - | - | - |
| Unencumbered Asset Escrow Account | - | - | - | - | - | - | - | - |
| Net Payroll | - | - | - | - | - | - | - | - |
| Total Disbursements | 133 | - | - | - | - | - | - | - |
| Balance at January 20, 2010 | 3,507 | - | - | - | - | - | - | - |

**FOAMEX INTERNATIONAL INC., et al as debtors**
**Case No. 09-10560(KJC)**
**Schedule of Cash Accounts**
**January 20, 2010**
**(in thousands)**

| Bank Name | Account Number | Balance | Account Type |
|---|---|---|---|
| Wachovia | 031000503 | $          - | Unencumbered Assets Escrow |
| Wilmington Trust | 093678-000 | 228 | Sellers Professional Fee Escrow |
| Wilmington Trust | 093679-000 | - | Houlihan Lokey Escrow |
| Wilmington Trust | 093680-000 | 3,279 | Wind-Down Escrow |
| **Total Cash** | | **$   3,507** | |

**Summary of Escrow Payments (01/03/10 – 01/20/10)**

Wind-Down Escrow Account

| | | |
|---|---|---|
| Epiq | $11,793.05 | Claims Agent for Debtors - Invoice 38401 (November) |
| Canadian General Tower Limited | 95,359.19 | Payment of Administrative Claim #352 |
| Warren H. Smith | 354.37 | October 2009 Fee App (80% of fees/100% of expenses) |
| State of Nebraska | 20.00 | NE Cancellation - Foamex L.P. (Add'l fee) |
| Office of the U. S. Trustee | 25,683.65 | Fourth quarter 2009/first quarter 2010 fees |
| State of Arkansas | 30.00 | AR Cancellation - Foamex L.P. (Add'l fee) |
| | $133,240.26 | |

**FOAMEX INTERNATIONAL INC and Debtor Subsidiaries**
**CASE NO. 09-10560 (KJC)**
**Combining Statement of Operations (Unaudited)**
**Month ended January 20, 2010**
**(Thousands of Dollars)**

| | Foamex Canada | Foamex L.P. | FMXI | Foamex International | Elims | Total Debtors |
|---|---|---|---|---|---|---|
| Net Sales | $ - | $ - | $ - | $ - | $ - | $ - |
| Cost of Sales | - | - | - | - | - | - |
| Gross Profit | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - |
| Loss (gain) on sale of assets | - | - | - | - | - | - |
| Income from operations | - | - | - | - | - | - |
| Interest Expense | - | - | - | - | - | - |
| Other (Income) & Expense | - | - | - | - | - | - |
| Gain on liquidation | - | - | - | - | - | - |
| Income (loss) before tax | - | - | - | - | - | - |
| Tax provision | - | - | - | - | - | - |
| Net income (loss) | $ - | $ - | $ - | $ - | $ - | $ - |

**FOAMEX INTERNATIONAL INC. and Debtor Subsidiaries**
**CASE NO 09-10560(KJC)**
**Combining Balance Sheet as of January 20, 2010 (Unaudited)**
**(Thousands of Dollars)**

| | Foamex Canada | Foamex L.P. | FMXI | Foamex International | Elims | Total Debtors |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **CURRENT ASSETS** | | | | | | |
| Cash | $        - | $        - | $        - | $    3,507 | $        - | $    3,507 |
| Other current assets | - | - | - | - | - | - |
| **Total current assets** | - | - | - | 3,507 | - | 3,507 |
| Total property plant and equipment | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Investment in subsidiaries | - | - | - | - | - | - |
| Long term intercompany receivable | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **TOTAL ASSETS** | $        - | $        - | $        - | $    3,507 | $        - | $    3,507 |
| **LIABILITIES AND STOCKHOLDERS' DEFICIENCY** | | | | | | |
| **CURRENT LIABILITIES** | | | | | | |
| Total current liabilities | $        - | $        - | $        - | $    3,507 | $        - | 3,507 |
| Long-term debt | - | - | - | - | - | - |
| Liabilities subject to compromise | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| Total long term liabilities | - | - | - | - | - | - |
| **Total liabilities** | - | - | - | 3,507 | - | 3,507 |
| Common stock | - | - | - | - | - | - |
| Preferred stock | - | - | - | - | - | - |
| Additional paid-in capital | - | - | - | - | - | - |
| Treasury stock | - | - | - | - | - | - |
| Partners' capital | - | - | - | - | - | - |
| Other compenhensive income (loss) | - | - | - | - | - | - |
| Shareholder loans | - | - | - | - | - | - |
| Accumulated deficit | - | - | - | - | - | - |
| Stockholders' deficiency | - | - | - | - | - | - |
| **TOTAL LIABILITIES AND STOCKHOLDERS' DEFICIENC** | $        - | $        - | $        - | $    3,507 | $        - | 3,507 |

* All unpayable liability balances were taken on gain/loss on transaction.
Any payable liability is being handled through the course of the escrow accounts.

**FOAMEX INTERNATIONAL INC., et al as debtors**
**Case No. 09-10560 (KJC)**
**Accounts Payable Aging Schedule**
**(in thousands)**

| Days Past Due | Balance at January 20, 2010 |
|---|---|
| 0 - 30 Days | $ - |
| 31 - 60 Days | - |
| 61 - 90 Days | - |
| 91+ Days | - |
| Total aged trade payables | - |
| Add: Accruals for items received but not vouchered into A/P (primarily current) | - |
| Less: Liabilities Subject to Compromise | - |
| **Accounts Payable** | $ - |

**FOAMEX INTERNATIONAL INC., et al as debtors**
**Case No. 09-10560(KJC)**
**Accounts Receivable Aging Schedule**
**(in thousands)**

| Days Past Due | Balance at January 20, 2010 Total |
|---|---|
| 0 - 30 Days | $ - |
| 31 - 60 Days | - |
| 61 - 90 Days | - |
| 91+ Days | - |
| Total aged accounts receivable | - |
| Less: Allowances for uncollectible items, customer rebates & other adjustments | - |
| **Accounts Receivable, net** | **$ -** |

In re:  Foamex International Inc., et al.
        Debtor

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | NO |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | YES | |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | YES | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | | NO |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | NO |

(1)  On June 12, 2009 (the "Closing Date"), Foamex International Inc. (the "Company") completed the sale of substantially all of its assets (the "Transaction") to Foamex Innovations, Inc. (f/k/a MP Foam DIP LLC), an affiliate of MatlinPatterson Global Opportunities Partners III (the "Purchaser") under the Asset Purchase Agreement, dated as of March 25, 2009, as amended, by and among the Company and its subsidiaries, Foamex L.P., FMXI, LLC, Foamex Latin America, Inc., Foamex Asia, Inc., Foamex Carpet Cushion LLC, Foamex Mexico, Inc., Foamex Canada, Inc. (collectively, the "Debtors") and the Purchaser.

(2)  Distributions from cash directed escrow accounts began after June 12, 2009.  The Debtor advises the Escrow Agent of disbursements required from the wind-down escrow account.  Escrow Agent provides Debtor with copies of monthly escrow statements.

(4)  Not required subsequent to June 12, 2009.